**FILED**
4/22/2201
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAKSHMI ARUNACHALAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-3734 (UNA) |
| SCOTT S. HARRIS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

It is hereby

ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* [2] is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.

SO ORDERED.

DATE: April 22, 2021

/s/
CHRISTOPHER R. COOPER
United States District Judge